# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 05-00382-01-CR-W-SOW |
| RANDAN COOPER ) | USM No: 18588-045 |
| Date of Original Judgment: 11/16/2006 ) | |
| Date of Previous Amended Judgment: 03/03/2009 ) | STEVE MOSS, AFPD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  135 months on all *  months **is reduced to**  Cts. 1, 2, & 3: 120 months **  .

*(Complete Parts I and II of Page 2 when motion is granted)*

\* counts, concurrent

\*\* each count, concurrent

Except as otherwise provided, all provisions of the judgment dated  11/16/2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/10/2011         s/ Nanette K. Laughrey
                               *Judge's signature*

Effective Date: _____          NANETTE LAUGHREY, UNITED STATES DISTRICT JUDGE
*(if different from order date)*    *Printed name and title*